# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 15, 2025

Lyle W. Cayce
Clerk

No. 24-10505
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Leovardo Luna,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-164-1

———————————————————

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

We VACATE Leovardo Luna's sentence and REMAND for resentencing to allow the district court to consider the impact of *United States v. Rose*, 127 F.4th 619 (5th Cir. 2025), in the first instance. The alternative joint motion for an extension of briefing is DENIED AS MOOT.

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.